UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-13 RM |
| | ) | |
| DUANE E. HERRON (01) | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 10, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 80], ACCEPTS defendant Duane Herron's plea of guilty, and FINDS the defendant guilty of Count 4 of the Indictment, in violation of 18 U.S.C. § 924(c)(1)(A).

SO ORDERED.

ENTERED:   August 13, 2009


　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　United States District Court